# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MICHAEL GREEN
ADC #88957                                                              **PLAINTIFF**

V.                          **CASE NO. 5:10CV00134 WRW-BD**

MARK GOBER and
SUSAN POTTS                                                             **DEFENDANTS**

## ORDER

The Court has screened Plaintiff's Complaint (docket entry #2) and Amended

Complaint (#6), and it appears that Plaintiff has stated a claim for an Eighth Amendment

violation against Defendants Mark Gober and Susan Potts.  Plaintiff claims that these

Defendants were personally aware of his physical suffering and had the authority to order

that Plaintiff receive the necessary medical care to treat the infection in his arm; yet they

failed to act.  Plaintiff alleges that, as a result of Defendants' deliberate indifference to his

medical needs, he was required to have emergency surgery.  Accordingly, service is

proper for Defendants Gober and Potts.

The Clerk of Court shall prepare a summons for Defendants Gober and Potts, and

the United States Marshal is directed to serve copies of the Complaint and the Amended

Complaint with any attachments (docket entries #2 and #6), and a summons for

Defendants Gober and Potts through the Drew County Sheriff's Department, 210 South

Main Street, Monticello, Arkansas 71655, without prepayment of fees and costs or

security therefor.

IT IS SO ORDERED this 7th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE