## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL GREEN**
**ADC # 88957**                                                               **PLAINTIFF**

**V.**                      **CASE NO. 5:10CV00134-BD**

**MARK GOBER,** *et al.*                                                    **DEFENDANTS**

### ORDER

In light of the Consent to Jurisdiction by a United States Magistrate Judge, the

evidentiary hearing scheduled for April 6, 2011, at 9:30 a.m. will be conducted as a bench

trial.  All deadlines in the Scheduling Order (#18) remain in effect.

IT IS SO ORDERED this 3rd day of September, 2010.


_____
UNITED STATES MAGISTRATE JUDGE