# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL GREEN**
**ADC #88957**                                                                                    **PLAINTIFF**

V.                        CASE NO. 5:10CV00134 BD

**MARK GOBER and**
**SUSAN POTTS**                                                                                **DEFENDANTS**

## ORDER

Plaintiff filed a motion to compel, requesting that Defendants respond to his discovery requests. (Docket entry #35) Defendants have now responded to Plaintiff's motion and to his discovery requests. (#37) Accordingly, Plaintiff's motion (#35) is DENIED as moot.

The Court notes that Defendants acknowledge in their response that they were late in responding to Plaintiff's discovery requests. Defendants are cautioned that they should timely respond to future discovery requests.

IT IS SO ORDERED this 5th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE