IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL GREEN
ADC #88957                                                                                      PLAINTIFF

V.                          CASE NO. 5:10CV00134 BD

MARK GOBER and
SUSAN POTTS                                                                                  DEFENDANTS

## ORDER

Plaintiff Michael Green has filed a petition for a writ of habeas corpus ad testificandum requesting the Court to order Defendant Gober to produce Mr. Jim Glennon to testify at the bench trial scheduled for April 6, 2011. (Docket entry #49) Mr. Green did not include Mr. Glennon on the witness list that he submitted to the Court. If the Plaintiff seeks to have this witness testify at the bench trial, he should file a supplement to his witness list and provide a brief summary of Mr. Glennon's expected testimony. The Court then can determine whether this witness is necessary at the scheduled bench trial.

Plaintiff's petition (#49) is DENIED, this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE