# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL GREEN**
**ADC #88957**                                                                                          **PLAINTIFF**

V.                          CASE NO. 5:10CV00134 BD

**MARK GOBER and**
**SUSAN POTTS**                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Green's claims are DISMISSED WITH PREJUDICE.  Judgment is in favor of the Defendant, Susan Potts.

IT IS SO ORDERED this 20th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE